PAUL PETRAGLIA, Appellant, v LAURA PETRAGLIA, Respondent.

The record before us does not establish that petitioner has undergone a change in circumstances which would warrant or permit the modification he seeks. Lazer, J. P., Gibbons, O'Connor and Weinstein, JJ., concur.